# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

MARY HELEN BRAUNER FONTAINE

VERSUS

GUASTELLA HOMES, INC. AND
GUASTELLA PROPERTIES, INC.

NO.  2025 CW 1049

**DECEMBER 11, 2025**

---

In Re:   Mary Helen Brauner Fontaine, applying for supervisory
         writs, 22nd Judicial District Court, Parish of St.
         Tammany, No. 2021-11654.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                              MRT
                              AHP
                              KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT